# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D2023-2692

—————————————————

EVAN JOWERS,

    Petitioner,

v.

ROBERT E. KINNEY, and
COUNSEL HOLDINGS, INC.,

    Respondents.

—————————————————

Petition for Writ of Prohibition—Original Jurisdiction.

December 4, 2023

PER CURIAM.

    DENIED.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Zachary Zermay of Zermay Law, P.A., Key West, for Petitioner.

Jason E. Slatkin of Lorium Law, Fort Lauderdale, for Respondent Counsel Holdings, Inc.